FILED

2015 MAY 13 AM 10: 29

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/13/2015 10:54:29 AM
BY DEBBIE AUTREY DEPUTY
Clerk

NO. CR14-344

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **vs.** | § | **4TH JUDICIAL DISTRICT** |
| | § | |
| **JUSTIN DAVID OWENS** | § | **RUSK COUNTY, TEXAS** |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Justin David Owens, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Justin David Owens.

Respectfully submitted,

MITCH ADAMS, ATTORNEY AT LAW
216 West Erwin Street, Suite 350
Tyler, Texas 75702
Tel: (903) 630-7444
Fax: (903) 471,0147

By:_____
Mitch Adams
State Bar No. 24006737
mitchadams@mitchadamslaw.com
Attorney for Justin David Owens

## CERTIFICATE OF SERVICE

This is to certify that on May 13, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Rusk County, Rusk County Courthouse, 115 North Main Street, Suite 302, Henderson, Texas 75652, by facsimile transmission to 903-657-0329.

_____
Mitch Adams

## CAUSE NO. CR14-344

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | OF RUSK COUNTY, TEXAS |
| | § | |
| JUSTIN DAVID OWENS | § | 4TH JUDICIAL DISTRICT |

## ORDER APPOINTING COUNSEL FOR PURPOSE OF APPEAL

Pursuant to application for court appointed counsel for indigent defendant heretofore presented to the Court, and after having given the same due consideration, the Court is of the opinion that **MITCH ADAMS** be appointed appellant counsel for the purpose of appeal for the defendant in the above entitled and numbered cause.

IT IS THEREFORE ORDERED that **MITCH ADAMS**, licensed attorney, whose State Bar Number is **24006737** be and is appointed appellant counsel for the purpose of appeal for the Defendant in this cause.

Signed this the 28th day of April, 2015.

J. CLAY GOSSETT
JUDGE PRESIDING

FILED 2015 APR 28 PM 1:20
RUSK COUNTY DISTRICT CLERK
BY_____ DEPUTY